UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANETTE ROCKSTROM, a single woman,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>TRANSNATION TITLE INSURANCE CO., a wholly owned subsidiary of LANDAMERICA FINANCIAL GROUP, INC., a foreign corporation,<br><br>　　　　　　　　Defendants. | No. CV-07-193-RHW<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

　　　　Before the Court is the parties Stipulated Motion for Order of Dismissal Without Prejudice (Ct. Rec. 5). Based upon Fed. R. Civ. P. 41(a)(1) and the stipulation of the parties, the Stipulated Motion for Order of Dismissal Without Prejudice is **GRANTED**. Accordingly, it is hereby ordered:

　　　　1. That the above-captioned matter be dismissed without prejudice as to all parties and without attorneys' fees or costs to any party.

　　　　2. The District Court Executive is directed to enter this Order, provide copies to counsel, and close the file.

　　　　DATED this 12th day of September, 2007.

　　　　　　　　　　　　　*S/ Robert H. Whaley*

　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1